UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ST. LOUIS GLASS AND ALLIED INDUSTRIES )
HEALTH & WELFARE INSUARANCE FUND,  )
et al,                                                              )
                                                                     )
            Plaintiffs,                                     )          Case No. 4:26-cv-00582 RWS
                                                                     )
v.                                                                 )
                                                                     )
CNH GLASS AND GLAZING, LLC,             )
                                                                     )
            Defendant.                                    )

## NOTICE TO COURT

Come now plaintiffs, through counsel, and pursuant to this Court's electronic notice of June 30, 2026 (Doc# 12), state that plaintiffs intend to file a Motion for Default Judgment by July 10, 2026.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
13205 Manchester Road, Ste. 210
St. Louis, Missouri 63131
Phone: (314) 727-1015
Fax:  (314) 727-6804

            /s/ Greg A. Campbell
GREG A. CAMPBELL, #35381MO

Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, the foregoing was filed electronically with the Clerk of the Court and a copy was mailed by the United States Postal Service to the following non-participant in Electronic Case Filing: CNH Glass and Glazing, LLC, c/o Michael Hamby, 1076 Wies Industrial Drive, Lake St. Louis, MO 63367.


_____/s/ Greg A. Campbell_____