UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ST. LOUIS GLASS AND ALLIED INDUSTRIES )
HEALTH & WELFARE INSUARANCE FUND,    )
et al,                               )
                                     )
          Plaintiffs,                )          Case No. 4:26-cv-00582 RWS
                                     )
v.                                   )
                                     )
CNH GLASS AND GLAZING, LLC,          )
                                     )
          Defendant.                 )

## MOTION FOR DEFAULT JUDGMENT

Come now plaintiffs and move this Court for default judgment against defendant CNH Glass and Glazing, LLC in the amount of $43,291.78, consisting of $30,257.84 in contributions, $1,012.98 in union dues, $4,538.68 in interest, $3,025.78 in liquidated damages, $1,817.50 in audit fees, and $2,639.00 in attorneys' fees and court costs.  In support of this motion, the Court is referred to the accompanying memorandum and affidavits.

Respectfully submitted,

HAMMOND  AND SHINNERS, P.C.
13205 Manchester Road, Ste. 210
St. Louis, Missouri 63131
Phone: (314) 727-1015
Fax:    (314) 727-6804

　　　　/s/ Greg A. Campbell
GREG A. CAMPBELL, #35381MO

Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2026, the foregoing was filed electronically with the Clerk of the Court and a copy was mailed by the United States Postal Service to the following non-participant in Electronic Case Filing: CNH Glass and Glazing, LLC, c/o Michael Hamby, 1076 Wies Industrial Drive, Lake St. Louis, MO 63367.

<u>        /s/ Greg A. Campbell        </u>

2